United States District Court
Southern District of Texas
**ENTERED**
October 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CYNTHIA FREY-HODGE, § § § | |
| VS. § § | No. 3:22−cv−00213 |
| AMERIHOME MORTGAGE COMPANY, § LLC § | |

## CONDITIONAL DISMISSAL ORDER

The court has been advised that a settlement has been reached between the parties. Dkt 13. Accordingly, it is hereby **ORDERED** that all claims asserted by the parties in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling, unless any party represents in writing filed with the court on or before Friday, November 4, 2022, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, November 4, 2022.

SIGNED on Galveston Island on this, the 5th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE